**RECEIVED**

MAR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HOWARD UNIVERSITY                  :

                               :

v.                                 : Civil Action No. DKC 2006-2076

                               :     Case: 1:07-cv-00472
BELINDA LIGHTFOOT WATKINS          :     Assigned To : Roberts, Richard W.
                                     Assign. Date : 3/13/2007
                        **ORDER**       Description: Howard Univ. V. Watkins

For the reasons stated in the foregoing Memorandum Opinion, it is this 12th day of March, 2007, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion of Defendant to transfer this case to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1404(a) (paper 7) BE, and the same hereby IS, GRANTED;

2. All other aspects of the motion to dismiss or for summary judgment remain for resolution in the transferee district;

3. This case BE, and the same hereby IS, TRANSFERRED to the United States District Court for the District of Columbia; and

4. The clerk will take all necessary steps to effectuate the transfer promptly, transmit copies of the Memorandum Opinion and this Order to counsel for the parties, and CLOSE this case.

                                          /s/
                               DEBORAH K. CHASANOW
                               United States District Judge

MAR 12 2007

I hereby attest and certify on
that the foregoing document
copy of                  correct
legal custody.

# U.S. District Court
## District of Maryland (Greenbelt)
### CIVIL DOCKET FOR CASE #: 8:06-cv-02076-DKC
### Internal Use Only

Howard University v. Watkins  
Assigned to: Judge Deborah K. Chasanow  
Demand: $253,000  
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 08/10/2006  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Howard University**     represented by **Jennifer Erin Keyser**  
Ballard Spahr Andrews and Ingersoll LLP  
300 E Lombard St 18th Fl  
Baltimore, MD 21202  
14105285687  
Fax: 14103618903  
Email: keyserj@ballardspahr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Timothy F McCormack**  
Ballard Spahr Andrews and Ingersoll LLP  
300 E Lombard St 18th Fl  
Baltimore, MD 21202-3268  
14105285600  
Fax: 14103618901  
Email: mccormackt@ballardspahr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Belinda Lightfoot Watkins**     represented by **Stephen Z Chertkof**  
Heller Huron Chertkof Lerner Simon and Salzman PLLC  
1730 M St NW Ste 412  
Washington, DC 20036-4517  
12022938090  
Fax: 12022937110  
Email: szc@hellerhuron.com  
*ATTORNEY TO BE NOTICED*

**Tammany Morgan Kramer**  
Heller Huron Chertkof Simon and



Salzman
1730 M St NW Ste 412
Washington, DC 20036
12022938090
Fax: 12022937110
Email: tmk@hellerhuron.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2006 | 1 | COMPLAINT against Belinda Lightfoot Watkins ( Filing fee $ 350 receipt number 8463706451), filed by Howard University. (Attachments: # 1 Civil Cover Sheet)(elt, Deputy Clerk) (Entered: 08/11/2006) |
| 08/11/2006 | 2 | Summons Issued 20 days as to Belinda Lightfoot Watkins. (elt, Deputy Clerk) (Entered: 08/11/2006) |
| 08/22/2006 | 3 | AFFIDAVIT of Service for Complaint, Summons, and civil sheet served on Belinda Lightfoot Watkins on 08/17/06, filed by Howard University. (McCormack, Timothy) (Entered: 08/22/2006) |
| 09/06/2006 | 4 | MOTION for Extension of Time *to respond to Complaint* by Belinda Lightfoot Watkins. Responses due by 9/25/2006 (Chertkof, Stephen) (Entered: 09/06/2006) |
| 09/08/2006 | 5 | Memorandum re 4 MOTION for Extension of Time *to respond to Complaint in Opposition* filed by Howard University. (Attachments: # 1 Text of Proposed Order Proposed Order 1# 2 Text of Proposed Order Proposed Order 2)(McCormack, Timothy) (Entered: 09/08/2006) |
| 09/11/2006 | 6 | ORDER GRANTING IN PART and DENYING IN PART 4 Motion to Extend Time to Respond to Complaint. Defendant's response to Plaintiff's complaint due 10/2/06 (c/m to Plaintiff 9/11/06 sat). Signed by Judge Deborah K. Chasanow on 9/11/06. (Chasanow, Deborah) (Entered: 09/11/2006) |
| 10/02/2006 | 7 | MOTION to Dismiss by Belinda Lightfoot Watkins. Responses due by 10/19/2006 (Attachments: # 1 Exhibit 1 (Goodwin's 2nd Amended Complaint)# 2 Exhibit 2 (Watkins' Motion To Dismiss Goodwin's Complaint)# 3 Exhibit 3 (Goodwin Docket Sheet)# 4 Exhibit 4 (Watkins Declaration)# 5 Exhibit 5 (Unpublished decision))(Chertkof, Stephen) (Entered: 10/02/2006) |
| 10/03/2006 | 8 | NOTICE by Belinda Lightfoot Watkins re 7 MOTION to Dismiss *CORRECTED ATTACHMENT 2* (Attachments: # 1 Exhibit 1 Corrected Version of Attachment 2 to Motion To Dismiss)(Chertkof, Stephen) (Entered: 10/03/2006) |
| 10/06/2006 | 9 | NOTICE of Appearance by Tammany Morgan Kramer on behalf of Belinda Lightfoot Watkins (Kramer, Tammany) (Entered: 10/06/2006) |
| 10/16/2006 | 10 | Consent MOTION for Extension of Time to File Response/Reply as to 7 |

|            |      |                                                                                                                                                                                                                                                                                                                                              |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | MOTION to Dismiss *filed by Defendant* by Howard University. Responses due by 11/2/2006 (Attachments: # 1 Text of Proposed Order Proposed Order)(McCormack, Timothy) (Entered: 10/16/2006)                                                                                                                                                    |
| 10/16/2006 | 🔵 11 | PAPERLESS ORDER GRANTING 10 Consent Motion for Extension of Time. Plaintiff's response to 7 Motion to Dismiss due 10/26/06. Signed by Judge Deborah K. Chasanow on 10/16/06. (Chasanow, Deborah) (Entered: 10/16/2006)                                                                                                                        |
| 10/26/2006 | 🔵 12 | RESPONSE in Opposition re 7 MOTION to Dismiss filed by Howard University.Replies due by 11/9/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(McCormack, Timothy) (Entered: 10/26/2006)                                                                                                                                           |
| 11/06/2006 | 🔵 13 | Consent MOTION for Extension of Time to File Response/Reply as to 12 Response in Opposition to Motion *to Dismiss* by Belinda Lightfoot Watkins. Responses due by 11/27/2006 (Chertkof, Stephen) (Entered: 11/06/2006)                                                                                                                        |
| 11/07/2006 | 🔵 14 | PAPERLESS ORDER GRANTING 13 Consent Motion for Extension of Time. Defendant's reply to 7 Motion to Dismiss due 11/10/06. Signed by Judge Deborah K. Chasanow on 11/7/06. (Chasanow, Deborah) (Entered: 11/07/2006)                                                                                                                            |
| 11/13/2006 | 🔵 15 | Second MOTION for Extension of Time to File Response/Reply as to [14] Order on Motion for Extension of Time to File Response/Reply, 12 Response in Opposition to Motion *to Dismiss* by Belinda Lightfoot Watkins. Responses due by 11/30/2006 (Chertkof, Stephen) (Entered: 11/13/2006)                                                      |
| 11/14/2006 | 🔵 16 | REPLY to Response to Motion re 7 MOTION to Dismiss filed by Belinda Lightfoot Watkins. (Attachments: # 1 Exhibit 6 (HU Answer to Goodwin Complaint)# 2 Exhibit 7 (Watkins Suppl. Decl.)# 3 Exhibit 8 (HU Motion to Extend Time To Answer Goodwin Compl.)# 4 Exhibit 9 (Goodwin EEOC Charge)# 5 Exhibit 10 (Stipulation of Dismissal of Goodwin Case)# 6 Exhibit 11 (Unpublished case -- Contee v. Giant Food))(Chertkof, Stephen) (Entered: 11/14/2006) |
| 11/14/2006 | 🔵 17 | PAPERLESS ORDER GRANTING 15 Motion for Extension of Time and ACCEPTING Defendant's reply as filed on 11/14/06. Signed by Judge Deborah K. Chasanow on 11/14/06. (Chasanow, Deborah) (Entered: 11/14/2006)                                                                                                                                     |
| 03/12/2007 | 🔵 18 | MEMORANDUM OPINION. Signed by Judge Deborah K. Chasanow on 3/12/07. (Chasanow, Deborah) (Entered: 03/12/2007)                                                                                                                                                                                                                                 |
| 03/12/2007 | 🔵 19 | ORDER GRANTING 7 Motion to Transfer (all other aspects of the motion to dsimiss or for summary judgment remain for resolution) and DIRECTING the Clerk of Court to TRANSFER this case to the United States District Court for the District of Columbia. Signed by Judge Deborah K. Chasanow on 3/12/07. (Chasanow, Deborah) (Entered: 03/12/2007) |

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Southern Division Address

March 12, 2007

United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    Howard University vs. Belinda Lightfoot Watkins
             Civil Action No.: DKC-06-CV-2076
             Criminal Case No.:

Dear Clerk:

[ XX ] On 3/12/07, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries.

[ ] On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ] Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

    Thank you for your cooperation and courtesy in this matter.

                                Sincerely,

                                Felicia C. Cannon, Clerk

                By:    C. Hatcher
                        Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter transferring case (Rev. 02/26/2002)

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

# CIVIL COVER SHEET

| I (a) PLAINTIFFS  Howard Univ. | DEFENDANTS  Belinda Lightfoot |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY)  NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

Case: 1:07-cv-00472
Assigned To : Roberts, Richard W.
Assign. Date : 3/13/2007
Description: Howard Univ. V. Watkins

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)  OR  ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

---

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   **DEMAND $**   Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

**DATE**  **SIGNATURE OF ATTORNEY OF RECORD**

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd